## 58832. McGEE v. THE STATE.

BANKE, Judge.

Appellant and a companion were convicted of robbing the night clerk at a convenience store in Columbus. He enumerates as error on appeal the failure of the trial court to charge on theft by taking as a possible lesser included offense, even though no request for such a charge was made. *Held:*

"The trial judge . . . may, of his own volition and in his discretion, charge on a lesser crime of that included in the indictment or accusation. However, his failure to do so, without a written request by the state or the accused, is not error." *State v. Stonaker,* 236 Ga. 1, 2 (222 SE2d 354) (1976). Accord, *Jackson v. State,* 239 Ga. 40 (235 SE2d 477) (1977). The enumeration of error is without merit.

*Judgment affirmed. McMurray, P. J., and Underwood, J., concur.*

SUBMITTED OCTOBER 30, 1979 — DECIDED NOVEMBER 16, 1979.

*H. Haywood Turner,* for appellant.
*William J. Smith, District Attorney, Douglas C. Pullen, Assistant District Attorney,* for appellee.